**Opinion issued February 29, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00866-CV**

———————————

**THE CITY OF LEAGUE CITY, TEXAS, Appellant**

**V.**

**PARK ON CLEAR CREEK DEVELOPMENT COMPANY, LTD., Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Case No. 19-CV-1243**

---

**MEMORANDUM OPINION**

Appellant City of League City, Texas, has filed an unopposed motion for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.